# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-1699

_____

Tracy L. Sanders; David L. Sanders

*Plaintiffs - Appellants*

v.

Reid K. Forrester, in his individual capacity; Shalonn K. Curls, in her individual capacity; Rodney J. Campbell, in his individual capacity; Karla S. Hogg, in her individual capacity; Linda S. Karbinas, in her individual capacity; Samantha M. Hubbard, in her individual capacity; Natalie P. Colli, in her individual capacity; Patrick M. Hayes, in his individual capacity; Daisy-Nelly N. Nji, in her individual capacity; Aleksandra M. Chirlin, in her individual capacity; Missouri Department of Labor and Industrial Relations, in their official capacity for declaratory/injunctive relief only; Melissa A. Summers

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: November 4, 2024
Filed: November 8, 2024
[Unpublished]

_____

Before LOKEN, SMITH, and KOBES, Circuit Judges.

_____

PER CURIAM.

Missouri residents Tracy and David Sanders appeal the district court's[1] dismissal of their civil rights action against the Missouri Labor and Industrial Relations Commission and related state officials. Upon careful review, we affirm the dismissal for the reasons stated by the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable Roseann A. Ketchmark, United States District Judge for the Western District of Missouri.